UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GRACE BOVIE | CIVIL ACTION |
| VERSUS | NO. 24-674-JWD-RLB |
| DENKA PERFORMANCE ELASTOMER LLC, ET AL. | |

### ORDER AND JUDGMENT OF REMAND

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 29, 2025 (Doc. 45), to which objections and replies were filed and considered (Docs. 46, 47, 48, 51 and 54);

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Remand (Doc. 24) is **GRANTED** to the extent it seeks remand of this action, and that this action is **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana, with the parties to bear their own costs.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter on the Court's docket.

Signed in Baton Rouge, Louisiana, on September 9, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

19 th JDC